# IN UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **United States of America** | ) | Criminal No. 00162-001 |
| | ) | |
| Vs. | ) | |
| | ) | **DEFENDANT'S PETITION FOR** |
| | ) | **EARLY TERMINATION OF** |
| **Bernard L. Rottschaefer, M.D.** | ) | **SUPERVISED RELEASE** |
| **Petitioner-Defendant** | ) | |

## ORDER

AND NOW, this ___7th___ day of ___Feb___, 2013, upon consideration of Defendant's *pro se* Petition For Early Termination of Supervised Release, and the Government's Response to said Petition, _____

_____

IT IS HEREBY ORDERED that Defendant Bernard L. Rottschaefer, M.D.'s term of supervised release be and hereby is terminated.

_____
United States District Judge